# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JARELL D. TERRY                                                                                    PLAINTIFF
ADC #149998

v.                                       2:20-cv-00246-JM-JJV

CAMERON MOORE, Lieutenant,
East Arkansas Regional Unit Max, ADC; *et al.*                                                    DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his excessive force claim against Defendant Cameron Moore.

2. All other claims and Defendants in the Amended Complaint are DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 23rd day of February 2021.

_____
UNITED STATES DISTRICT JUDGE