# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JARELL D. TERRY, ADC #149998**                                                                 **PLAINTIFF**

v.                                          **NO. 2:20-cv-00246-JM**

**CAMERON MOORE, Lt. (former Sgt.),**                                                           **DEFENDANT**
**East Arkansas Regional Unit Max, ADC**

## AMENDED ORDER

The final scheduling order set this matter for jury trial sometime during the week of May 5, 2023, in Helena, Arkansas. The Court has determined the jury trial in this matter shall be held in Little Rock, Arkansas. Therefore, the jury trial will begin at **9:15 A.M., on MONDAY, MAY 1, 2023**, in Courtroom #4A, United States Courthouse, 500 West Capitol, Little Rock, Arkansas. Counsel and parties should be present by 8:30 A.M.

IT IS SO ORDERED this 11th of April, 2023.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE