# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JARELL D. TERRY**                                                                                    **PLAINTIFF**
**ADC #149998**

### CASE NO. 2:20-cv-00246-JM-JJV

**CAMERON MOORE, Lt. (former Sgt.)**                                                 **DEFENDANT**
**East Arkansas Regional Unit Max, ADC**

## ORDER OF DISMISSAL

Pending is Plaintiff's Motion for Voluntary Dismissal with Prejudice against Defendant. The motion (ECF No. 116) is GRANTED. The Complaint and all claims against Defendant are hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 27th day of April, 2023.

_____
James M. Moody Jr
United States District Judge