IN THE UNITED STATEST DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                                          **PLAINTIFF**
ADC #149998

CASE NO. 2:20-cv-00246-JM-JJV

**CAMERON MOORE, Lt. (former Sgt.)**                                                **DEFENDANT**
East Arkansas Regional Unit Max, ADC

## JUDGMENT

Based upon the Order entered today, Plaintiff's claim against Defendant is DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of April, 2023.

_____
James M. Moody Jr.
United States District Judge