In The United States District Court
Eastern District of Arkansas
Delta Division

Jarell D. Terry #149998                         Plaintiff

v                    2:20cv246-JM-JJV

Cameron Moore et. al.                           Defendants

Notice Of Appeal

Comes now the Plaintiff pursuing pro se representation
with notice to appeal judgement and order entered
on April 27. 2023 at D.N. 117, 118, 119
                    Respectfully Submitted Jarell Terry

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 1 9 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

May 11, 2023
Jarell Jerry
Jarell D. Terry
East Ark Max clso 117
P.O. Box 970
Marianna AR 72360